CERTIFICATE OF SERVICE (C.P.L.R. 306)

COUNTY OF SOUTHERN DISTRICT OF NEW YORK
_____

**ROBERT A. DELITTA**                                                                 Plaintiff/Petitioner

- against-

**CITY OF MOUNT VERNON**                                                     Defendant/Respondent

_____

I, Thomas Belfiore, Commissioner-Sheriff of the County of Westchester, New York do hereby certify that on the 12/21/2007 at 3:45PM service was effected of the annexed SUMMONS AND COMPLAINT in the above entitled action or proceeding by my undersigned Police Officer THOMAS ELLIS, upon CITY OF MOUNT VERNON the corporation named therein as defendant by personally serving BRENDA GEARS, authorized to accept, in said action or proceeding at ONE ROOSEVELT SQUARE MOUNT VERNON, NY 10550.

BRENDA GEARS Description:

| | |
|---|---|
| Approximate Age: 30/35 | Sex: FEMALE |
| Approximate Weight: 130 LBS. | Height: 5'5" |
| Color of Skin: BLACK | Hair: BLACK |

Date: December 21, 2007

| | |
|---|---|
| Police Officer THOMAS ELLIS | THOMAS BELFLORE<br>Commissioner-Sheriff<br>Westchester County |

PDF Complete. Your complimentary use period has ended. Thank you for using PDF Complete. Click Here to upgrade to Unlimited Pages and Expanded Features