AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Robert A. Delitta, Individually and on
behalf of others similarly situated,

    Plaintiffs by
    Permissive Joinder,

-against-

City of Mt. Vernon New York,
A Municipal Corporation,

    Defendant.

**APPEARANCE**

Case Number: 07 CV 09441 (CLB)(MDF)

To the Clerk of this court and all parties of record:

Please enter our appearance as counsel in this case for

Defendants:

    City of Mt. Vernon New York,
    A Municipal Corporation

We certify that we are admitted to practice in this court.

| | | |
|---|---|---|
| January 7, 2008 | s/ | 7831 |
| Date | John S. Ho | Bar Id. No. |
| | s/ | 4805 |
| | Terence O'Neil | Bar Id. No. |

**Bond, Schoeneck & King, PLLC**
330 Madison Avenue, 39th Floor
New York, New York 10017-5001
(646) 253-2300