411
Brieant, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Robert A. Delitta Individually and on behalf
of others similarly situated,                                    07 CV 9441 (CLB)(MDF)

              Plaintiffs by
              Permissive Joiner          STIPULATION EXTENDING
    v.                                                    TIME TO ANSWER OR
                                                OTHERWISE MOVE
CITY OF MT. VERNON, a Municipal
Corp.,

              Defendant(s).
-----------------------------------------------------------X

    Plaintiff, Robert A. Delitta, and Defendant, the City of Mount Vernon, by and through counsel, hereby stipulate that the time for the Defendant to answer, move, or otherwise respond to the Complaint in this action is hereby extended to, and including, February 11, 2008.

So stipulated:

_____
Joseph P. Carey (JC 4096)
Joseph P. Carey, P.C.
Attorneys for Plaintiff(s)
1081 Main Street, Suite E
Fishkill, New York 12524
(845) 896-0600

_____
John S. Ho (JH 7831)
Bond, Schoeneck & King, PLLC
Attorneys for Defendant
330 Madison Avenue, 39th Floor
New York, New York 10017
(646) 253-2320

SO ORDERED:

_____
The Hon. Charles L. Brieant, U.S.D.J.

Dated: January 8, 2008

16228.1 1/7/2008