

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK FLORIDA KANSAS

JOHN S. HO
Direct: 646-253-2320
jho@bsk.com

January 7, 2008

**VIA FACSIMILE**

The Honorable Charles L. Brieant
United States Courthouse
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

Re:  *Delitta v. City of Mount Vernon (07 CV 9441)*

Dear Judge Brieant:

MEMO ENDORSED

Conf. adjourned to
2/15/08 @ 9:30 AM
So Ordered
Jan 8, 2008.
Charles L. Brieant USDJ

My firm has been retained by the City of Mount Vernon ("City") in the above-referenced matter. A Notice of Appearance was filed via ECF today. A Stipulation Extending Time to Answer or Otherwise Move has also been filed with the Orders and Judgments Clerk for Your Honor's consideration. We understand there is an initial conference scheduled in this matter on January 11, 2008. Joseph Carey, counsel for the plaintiff, has informed us that he will be filing an Amended Complaint removing the state law cause of action, thus, narrowing the issues. We have agreed to accept service of the Amended Complaint on behalf of the City. The City will file a timely Answer to the Amended Complaint after service.

In the interest of judicial efficiency, the parties jointly request that the January 11, 2008 initial conference be adjourned for thirty (30) days to allow time for the Amended Complaint and Answer to be filed.

Thank you for time in this matter.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

John Ho

cc: Joseph Carey, Esq. (Via E-Mail)
    Helen Blackwood, Esq. (Via E-Mail)

330 Madison Avenue, New York, NY 10017-5001 ▪ Phone: 646-253-2300 ▪ Fax: 646-253-2301 ▪ www.bsk.com

16230 1 1/7/2008