YORK

_____x

Robert A. Delitta Individually and on
behalf of others similarly situated

                          Plaintiffs by       Affirmation of Service
                         Permissive Joinder,    07-CIV-9441(CLB)
                                            JURY DEMANDED
                                            "ECF Case"

                    -against-

City of Mt. Vernon New York,

A Municipal Corporation

                              Defendant
_____x

Joseph P. Carey, Esq., declares under penalty of perjury that I have served a copy of the attached Amended Complaint on John S. Ho, Esq. at Bond, Schoeneck & King LLC1399 Franklin Avenue Garden City, New York 11530, the Attorneys for Defendant by Regular United States 1st Class Mail.

Dated:  January 14, 2008
         Fishkill, New York

                                        _____
                                        Joseph P. Carey, Esq.
                                        Attorney for the Plaintiffs
                                        1081 Main Street Suite E
                                        Fishkill, New York 12524
                                        (845)896-0600 Phone
                                        (845)896-0602 Fax

Your complimentary use period has ended. Thank you for using PDF Complete. Click Here to upgrade to Unlimited Pages and Expanded Features