YORK
_____x

Robert A. Delitta Individually and on
behalf of others similarly situated

                                  Plaintiffs by
                              Permissive Joinder,

                  Affirmation of Service
                  07-CIV-9441(CLB)
                  JURY DEMANDED
                  "ECF Case"

-against-

City of Mt. Vernon New York,

A Municipal Corporation

                                      Defendant
_____x

Joseph P. Carey, Esq., declares under penalty of perjury that I have served a copy of the attached Amended Complaint on John S. Ho, Esq. at Bond, Schoeneck & King LLC 1399 Franklin Avenue Garden City, New York 11530, the Attorneys for Defendant by Regular United States 1st Class Mail.

Dated:  January 14, 2008
          Fishkill, New York

                                            _____
                                            Joseph P. Carey, Esq.
                                            Attorney for the Plaintiffs
                                            1081 Main Street Suite E
                                            Fishkill, New York 12524
                                            (845)896-0600 Phone
                                            (845)896-0602 Fax

PDF Complete. Your complimentary use period has ended. Thank you for using PDF Complete. Click Here to upgrade to Unlimited Pages and Expanded Features