

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ■ NEW YORK  FLORIDA  KANSAS

JOHN S. HO
Direct: 646-253-2320
jho@bsk.com

January 8, 2008

**VIA FACSIMILE**

Joseph P. Carey, PC
1081 Main Street, Suite E
Fishkill, New York  12524

Re:   *Delitta v. City of Mount Vernon (07 CV 9441)*

Dear Mr. Carey:

    Pursuant to instructions from the Court, I write to inform you that the January 11, 2008 initial conference in the above-referenced matter has been adjourned until February 15, 2008 at 9:30 a.m. Upon receipt of this letter, the Court will formally move the conference. Please mark your calendar accordingly.

    Thank you for your assistance in this matter. Should you have any questions, please let me know.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*[signature]*

John Ho

cc:   The Honorable Charles L. Brieant (By Fax)
      Helen Blackwood (By E-Mail)