UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

Robert A. Delitta Individually and on
behalf of others similarly situated

                              Plaintiffs by
                           Permissive Joinder,

Affirmation of Service
07-CIV-9441(CLB)
JURY DEMANDED
"ECF Case"

-against-

City of Mt. Vernon New York,
A Municipal Corporation

                               Defendant
_____x

Joseph P. Carey, Esq., declares under penalty of perjury that I have served a copy of the attached Second Amended Complaint on John S. Ho, Esq. at Bond, Schoeneck & King LLC 1399 Franklin Avenue Garden City, New York 11530, the Attorneys for Defendant by Facsimile only.

Dated:  January 24, 2008
        Fishkill, New York

                                      _____
                                      Joseph P. Carey, Esq.
Attorney for the Plaintiffs
1081 Main Street Suite E
Fishkill, New York 12524
(845)896-0600 Phone
(845)896-0602 Fax