YORK
_____x

Robert A. Delitta Individually and on
behalf of others similarly situated

                                    Plaintiffs by       Affirmation of Service
                               Permissive Joinder,    07-CIV-9441(CLB)
                                                        JURY DEMANDED
                                                                 "ECF Case"

                            -against-

City of Mt. Vernon New York,

A Municipal Corporation

                                 Defendant
_____x

Joseph P. Carey, Esq., declares under penalty of perjury that I have served a copy of the attached Third Amended Complaint on John S. Ho, Esq. at Bond, Schoeneck & King LLC1399 Franklin Avenue Garden City, New York 11530, the Attorneys for Defendant by Facsimile only at 516-267-6301.


Dated: February 6, 2008                        Joseph P. Carey, P.C.
Fishkill, New York

                                                           _____
                                                           Joseph P. Carey, Esq. (JC4096)
                                                           Attorney for the Plaintiffs
                                                           1081 Main Street Suite E
                                                           Fishkill, New York 12524
                                                           (845)896-0600 Phone
                                                          (845)896-0602 Fax

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features