12878 Delitta

Practice Limited to
Labor, Employment,
Benefits,
Environmental Law, and
Related Litigation

**JOSEPH P. CAREY, P.C.**
Attorney-at-Law
1081 Main Street
Suite E
Fishkill, New York 12524
(845) 896-0600
Fax: (845) 896-0602
E-Mail: attorneycarey@optonline.net

IRS ID # 06-1066056

**FACIMILE ONLY**
**914-390-4085**

Honorable Charles L. Brieant
United States District Court House
Southern District of New York

Re: Delitta vs. City of Mount Vernon
07-CIV-9441 (CLB)

February 12, 2008

Dear Judge Brieant,

I represent the named Plaintiff Robert A. Delitta, and a fast growing number of opt-in Plaintiffs in the above referenced action.

Because of additional facts being contributed by potential opt-in Plaintiffs, I ECF filed a Third Amended Complaint on February 6th 2008.

At the request of the Defendant you have previously extended the initial Rule 16(b) conference to February 15th 2008. Request is hereby made to extend the Rule 16(b) conference until February 22nd 2008 at 9:30A.M.

The Defendant consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

Joseph Carey

Joseph P. Carey, P.C.

Master-of-Laws (in Labor Law) Degree: New York University Graduate School of Law 1961
Member: American Bar Association • Section of Labor and Employment Law
Management Member: Section's Committee on Equal Employment Opportunity
• Section of Litigation
Member: American Employment Law Council