

Case 7:07-cv-09441-CS-MDF    Document 17-2    Filed 04/14/2008    Page 1 of 6

ORIGINAL

[UNITED STATES DISTRICT COURT]
[SOUTHERN DISTRICT OF NEW YORK]

---x

Robert A. Delitta Individually and on behalf of others similarly situated

         Plaintiffs by
         Permissive Joinder,

REQUEST TO PARTICIPATE
AND
CONSENT TO SUE
"ECF Case"

-against-

City of Mt. Vernon New York,
A Municipal Corporation

         Defendant

---x

I David Clarke, under penalty of perjury declares the following to be true:

1) I reside at 1 Kingsbridge Plaza Mount Vernon, New York 10552.
2) I was hired by the Defendant in August 1st 2005.
3) I am a member of the Bargaining Unit formed by the Collective Bargaining Agreement (CBA) between the Defendant and the Police Association of the City of Mount Vernon, Inc.
4) My claim against the Defendant is for uncompensated overtime pay, which constituted "hours worked" pursuant to 29 CFR §§778.223 and 778.315.
5) I regularly worked in a given work week in excess of 40 hours, and the Defendant did not record or pay me for the weekly hours worked in excess of 40, arising out of my weapons donning time of 10 minutes; my roll call time of 20 minutes; and my weapons doffing time of 10 minutes for a total of 40 minutes per work shift.
6) I also regularly worked in a so-called experimental work program which requires:
    a) Police Officers to work 20 minutes per shift without such time being counted as "hours worked", as defined in 29 CFR Part 778;
    b) Police Officers to attend five days per year of training without such time being counted as "hours worked" as defined in 29 CFR Part 778;

1

PDF Complete
Your complimentary use period has ended.
Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

three so-called plug-in days per year without [being counted] as "hours worked" as defined in 29 CFR Part 778.

7) The "hours worked" were not unsubstantial or insignificant and therefore not de minimus as defined in 29 CFR §785.47.

8) The unpaid overtime referred to in ¶¶5 & 6 was never made up to me.

9) The Defendant willfully failed to record the times mentioned in ¶¶5 & 6 herein as "hours worked" and thereby willfully failed to pay me overtime compensation in violation of the Fair Labor Standards Act and its regulations 29 CFR Part 778.

10) Upon information and belief I am a person who is similarly situated to the named Plaintiff Robert A. Delitta because I was subjected to a willful and common policy or plan by the Defendant to violate the Federal Labor Laws requiring the payment of all "hours worked", and I seek payment for all the hours worked, as described in ¶¶5 & 6 herein, and an equal amount as liquidated damages for such unlawful activities.

11) The Defendant at all times material herein unlawfully maintained a practice of discipline for members of the Bargaining Unit operationally referred to as "Command Discipline", or so-called "CD days" wherein the named Plaintiff and all Bargaining Unit employees are subject, as part of imposed discipline for work related behaviors, to work their regular shift without receiving compensation for such hours worked.

12) I have retained the Law Office of Joseph P. Carey, P.C. to represent me in the above action and hereby authorize such attorney to file with the Clerk of the Court this Request To Participate and Consent To Sue in this litigation.

Dated: 04/11/08

_P.O. David Clark_
David Clarke

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

...RK
_____x

Robert A. Delitta Individually and on
behalf of others similarly situated

       Plaintiffs by     07-CIV-9441
       Permissive Joinder,  CONSENT TO SUE
                "ECF Case"

    -against-

City of Mt. Vernon New York,
A Municipal Corporation

       Defendant
_____x

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 03/04/08

_____
Signature

DAVID CLARKE
Print Signature

1 KINGSBRIDGE PLAZA MT. VERNON NY 10550
Address

_____

08-01-05
Date of Hire

(914) 882-4404
Telephone

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

PDF Complete

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features