**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

JOHN S. HO
Direct: 646-253-2320
jho@bsk.com

April 15, 2008

### VIA FACSIMILE AND FIRST CLASS MAIL

The Honorable Charles L. Brieant
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *Delitta et al. v. City of Mount Vernon (07 CV 9441) (CLB)(MDF)*

Dear Judge Brieant:

    My firm represents the City of Mount Vernon in the above-referenced matter. Pursuant to the Scheduling Order ("Order") dated March 14, 2008, enclosed please find a draft Notice of Lawsuit With Opportunity to Join ("Notice") for your review and approval. Counsel for the parties have agreed to the Notice. We understand that if the Notice is acceptable to the Court, a So-Ordered copy will be filed via ECF. Pursuant to the Order, the opt-in deadline to join the lawsuit will expire thirty (30) days after the Notice is So-Ordered.

    In compliance with Your Honor's Individual Practices, a copy of this letter and Notice is being simultaneously faxed to Joseph Carey, Esq., counsel for the Plaintiffs. A copy of this Notice will also follow by regular mail containing proof of service.

    Thank you for your time.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*[signature]*

John Ho

Enclosures
cc:   Joseph P. Carey, Esq.

---

330 Madison Avenue, New York, NY 10017-5001 ▪ Phone: 646-253-2300 ▪ Fax: 646-253-2301 ▪ www.bsk.com

18404.1 4/15/2008