RK

—————————————————————————————————— x

**Robert A. Delitta Individually and on behalf of others similarly situated**

                       **Plaintiffs by**                 **07-CIV-9441**
                       **Permissive Joinder,**           **CONSENT TO SUE**
                                               "**ECF Case**"

                           -against-

**City of Mt. Vernon New York, A Municipal Corporation**

Juliet P. Roach          **Defendant**

—————————————————————————————————— x

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 03/04/08

                                      Juliet P. Roach
                                       Signature

                                    Juliet P. Roach
                                       Print Signature

                                    8 Brothers Road
                                       Address

                                    Wappingers Falls, NY 12590

                                    07/21/00
                                       Date of Hire

                                       Telephone

Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

:K

**Robert A. Delitta Individually and on
behalf of others similarly situated**

                      **Plaintiffs by**              **07-CIV-9441**
                      **Permissive Joinder,**       **CONSENT TO SUE**
                                           **"ECF Case"**

                        -against-

**City of Mt. Vernon New York,
A Municipal Corporation**

                            **Defendant**

                                              x

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: _02/05/2008_

                                    _Edward Bateman_
                                                Signature

                                    _EDWARD BATEMAN_
                                                Print Signature

                                    _167 E HOOK CROSS RD_
                                                Address

                                    _E. FISHKILL NY 12533_

                                    _11/03/1990_
                                                Date of Hire

                                    _845·306·9689_
                                                Telephone

PDF Complete

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

Robert A. Delitta Individually and on behalf of others similarly situated

                   **Plaintiffs by Permissive Joinder,**

                                         **07-CIV-9441
CONSENT TO SUE
"ECF Case"**

-against-

City of Mt. Vernon New York,
A Municipal Corporation

                   **Defendant**

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 2|5|08

Signature

ARISTOTLE EVANS
Print Signature

4145 BRONX BLVD, 2ND FL
Address

BRONX, NY 10470

12|06|04
Date of Hire

646 938 6108
Telephone

PDF Complete

Your complimentary
use period has ended.
Thank you for using
PDF Complete.

Click Here to upgrade to
Unlimited Pages and Expanded Features

K
_____ x

**Robert A. Delitta Individually and on
behalf of others similarly situated**

                           **Plaintiffs by**              **07-CIV-9441**
                           **Permissive Joinder,**        **CONSENT TO SUE**
                                                          **"ECF Case"**

                    -against-

**City of Mt. Vernon New York,
A Municipal Corporation**

                           **Defendant**
_____ x

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any

unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising

out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and

any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 02/05/08

                                        _____
                                                      Signature

                                        CHANTIA KELLEY
                                        _____
                                                   Print Signature

                                        15 N. 10TH AV APT. A.5
                                        _____
                                                      Address

                                        MT. VERNON, NY 10550
                                        _____

                                        07/31/06
                                        _____
                                                   Date of Hire

                                        (646) 651-9630
                                        _____
                                                      Telephone