Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Robert A. Delitta Individually and on
behalf of others similarly situated

         Plaintiffs by
         Permissive Joinder,

07-CIV-9441
CONSENT TO SUE
"ECF Case"

-against-

City of Mt. Vernon New York,
A Municipal Corporation

         Defendant
-----------------------------------------------------------x

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 02/05/08

_____
Signature

DANIEL VIZE
Print Signature

42 BAKER STREET
Address

MOHEGAN LAKE, NY 10547

JANUARY 08TH, 2007
Date of Hire

914-438-8519
Telephone

Your complimentary use period has ended. Thank you for using PDF Complete.

**Click Here to upgrade to Unlimited Pages and Expanded Features**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Robert A. Delitta Individually and on
behalf of others similarly situated

          Plaintiffs by
          Permissive Joinder,

          07-CIV-9441
          CONSENT TO SUE
          "ECF Case"

-against-

City of Mt. Vernon New York,
A Municipal Corporation

          Defendant
------------------------------------------------------------X

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 2-5-08

Signature: [signed]

Print Signature: DENIS KELLY

Address: 3 SABLE CT

WEST NYACK NY 10993

Date of Hire: 7-31-06

Telephone: 914 473 6798

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Robert A. Delitta Individually and on
behalf of others similarly situated

          Plaintiffs by        07-CIV-9441
          Permissive Joinder,     CONSENT TO SUE
                                                      "ECF Case"

            -against-

City of Mt. Vernon New York,
A Municipal Corporation

                        Defendant
---------------------------------------------------------------X

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 02/05/08

_____
Signature: Glenn Scott

_____
Print Signature: Glenn Scott

_____
Address: 485 E. Lincoln Ave #109

_____
Mt. Vernon, NY 10552

_____
Date of Hire: 09/10/94

_____
Telephone: 914 912-4423

Your complimentary use period has ended. Thank you for using PDF Complete.
Click Here to upgrade to Unlimited Pages and Expanded Features

COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

Robert A. Delitta Individually and on
behalf of others similarly situated

                Plaintiffs by        07-CIV-9441
                Permissive Joinder,  CONSENT TO SUE
                                        "ECF Case"

                -against-

City of Mt. Vernon New York,
A Municipal Corporation

                Defendant
_____x

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 02/05/08

_____
Robert Scott
Signature

_____
Robert Scott
Print Signature

_____
54 Sunrise Ridge, Florida N.Y
Address

_____
10921

_____
8/96
Date of Hire

_____
(914) 772-2338
Telephone

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features