Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

K
-----------------------------------x

Robert A. Delitta Individually and on
behalf of others similarly situated

                                **Plaintiffs by**             **07-CIV-9441**
                                **Permissive Joinder,**      **CONSENT TO SUE**
                                                                          "ECF Case"

                            -against-

City of Mt. Vernon New York,
A Municipal Corporation

                                      **Defendant**
-----------------------------------x

I hereby consent to be a Plaintiff in an action under the FLSA 29 USC § 201 at. seq., to secure any unpaid minimum wages, overtime, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with the Defendant. I authorize the law office of Joseph P. Carey, P.C. and any associated attorneys, as well as my successors or assigns, to represent me in such action.

Dated: 03-04-08

_Albert Hughes_
Signature

_Albert Hughes_
Print Signature

619 Palisade Ave
Address

Yonkers, N.Y. 10703

08-01-05
Date of Hire

(914) 497-3426
Telephone