UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------X  
DELITTA,

                              Plaintiff,

                - against -

CITY OF MT. VERNON, A MUNICIPAL CORP.

                             Defendant.  
-----------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE**

07 Civ. 9441 (CLB)(MDF)

     The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____  
_____

\_\_\_ Settlement*

\_X\_\_ To review and sign Confidentiality Agreement

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose of _____

\_\_\_ Habeas Corpus

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
           June 23, 2008

                                            _____  
                                            United States District Judge