UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Robert A. Delitta, Individually and on
behalf of others similarly situated,

                       Plaintiffs by,         STIPULATION OF
                       Permissive Joiner,  WITHDRAWAL
                                                    WITHOUT PREJUDICE
        -against-                        (CS)
                                              07 CV 09441 (~~CLB~~)(MDF)

City of Mt. Vernon New York,
A Municipal Corporation,

                       Defendant.
------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Defendant and counsel for Michael Petrillo, an opt-in Plaintiff in the above-captioned action that the above-captioned action, in its entirety, be and hereby is withdrawn without prejudice as to all of Michael Petrillo's claims.

Dated: New York, New York
       July 24, 2008

BOND, SCHOENECK & KING, PLLC          JOSEPH P. CAREY, P.C.

_____       _____
By:   John S. Ho (JH 7831)                 By:   Joseph P. Carey (PC 4096)
Attorneys for Defendant                   Attorneys for Plaintiff
City of Mount Vernon                         Michael Petrillo
330 Madison Avenue, 39th Floor           1081 Main Street
New York, New York 10017                 Fishkill, New York 12524
(646) 253-2320                                 (845) 896-0600

So-Ordered:

_____
The Honorable ~~Charles L. Brieant~~ CATHY SEIBEL
U.S.D.J.

Dated: 8/20/08

19429.1 7/24/2008