UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
Robert A. Delitta, Individually and on
behalf of others similarly situated,

                      Plaintiffs by,         **STIPULATION OF**
                      Permissive Joiner,   **WITHDRAWAL**
                                             **WITHOUT PREJUDICE**
       -against-                           (CS)
                                             07 CV 09441 (~~CLB~~)(MDF)

City of Mt. Vernon New York,
A Municipal Corporation,

                      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Defendant and counsel for Charles Weinstein, an opt-in Plaintiff in the above-captioned action that the above-captioned action, in its entirety, be and hereby is withdrawn without prejudice as to all of Charles Weinstein's claims.

Dated:  New York, New York
          July 24, 2008

BOND, SCHOENECK & KING, PLLC         JOSEPH P. CAREY, P.C.

By: /s/ John S. Ho (JH 7831)                   By: /s/ Joseph P. Carey (PC 4096)
Attorneys for Defendant                        Attorneys for Plaintiff
City of Mount Vernon                                Charles Weinstein
330 Madison Avenue, 39th Floor              1081 Main Street
New York, New York  10017                  Fishkill, New York  12524
(646) 253-2320                                     (845) 896-0600

So-Ordered:

/s/ Cathy Seibel
The Honorable ~~Charles L. Brieant~~ CATHY SEIBEL
U.S.D.J.

✓ Dated: 8/20/08