

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

JOHN S. HO
Direct: 646-253-2320
jho@bsk.com

August 27, 2008

**MEMO ENDORSED**

<u>VIA FACSIMILE (914-390-4080) AND FIRST CLASS MAIL</u>

The Honorable Cathy Seibel
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Delitta et al. v. City of Mount Vernon* (07 CV 9441) (CS)(MDF)

*Application granted. Conference adjourned from 10/31/08 to 1/23/09 @ 9:30 am. Mediation Order will issue. So ordered*
*Cathy Seibel*
*9/2/08        USDJ*

Dear Judge Seibel:

My firm represents the Defendant, the City of Mount Vernon, in the above-referenced action. Pursuant to the directions of your deputy, Ms. Alice Cama, please accept this joint letter from counsel for the parties respectfully requesting that Your Honor issue an Order that the parties are eligible to participate in the Court's mediation program and suspending discovery for ninety (90) days. The parties believe that mediation may provide an opportunity to fully resolve this litigation.

The parties believe ninety (90) days is necessary to adequately engage in the mediation process, in part, because Joseph Carey, counsel for the Plaintiffs, was recently injured in an accident and is not expected to be able to return to work for approximately three (3) weeks.

Thank you for your consideration.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

John Ho
cc: Joseph Carey, Esq. (By Fax)

---

330 Madison Avenue, New York, NY 10017-5001 ▪ Phone: 646-253-2300 ▪ Fax: 646-253-2301 ▪ www.bsk.com

20768.1 8/27/2008